## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BARBARA A KAUFMANN,

      Plaintiff,

    v.                                                                Case No.:  6:26-cv-216-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant,

_____

### ORDER

Before the Court is the Commissioner of Social Security's (the "Commissioner's") Unopposed Motion for Entry of Judgment with Remand.  Doc. No. 16.  The Commissioner moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that upon remand the administrative law judge "will give further consideration to the medical opinion evidence pursuant to the provisions of 20 C.F.R. § 404.1520c; offer the claimant the opportunity for a hearing; and issue a new decision."  Doc. No. 16, at 1.  Plaintiff has no objection.  *Id.*

Upon consideration, the Court finds this request well taken.  *See* 42 U.S.C. § 405(g).  Accordingly, it is **ORDERED** that:

1.    The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 16) is **GRANTED**.

-1-

2.     The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3.     The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** all other pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on June 30, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-2-